Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al. | Case No.: C12-0010 CW |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| SAFECO DOOR & HARDWARE, INC., a California corporation, *dba* AHC GLASS, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., voluntarily dismiss, without prejudice, their claim against Defendant SAFECO DOOR & HARDWARE, INC., a California corporation, doing business as AHC GLASS. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 12th day of March, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: 3/13/2012

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-0010 CW

P:\CLIENTS\GLACL\AHC Glass 3 (Safeco)\Pleadings\C12-0010 CW - Notice of Voluntary Dismissal 031212.DOC

PROOF OF SERVICE:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **March 12, 2012**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

<u>XX</u>   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

>Safeco Door & Hardware, Inc.
>*dba* AHC Glass
>c/o Hamid Ahmadi
>Agent for Service of Process
>31054 San Antonio Street
>Hayward, California 94598
>**VIA MAIL**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of March, 2012, at San Francisco, California.

/s/
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C12-0010 CW**

P:\CLIENTS\GLACL\AHC Glass 3 (Safeco)\Pleadings\C12-0010 CW - Notice of Voluntary Dismissal 031212.DOC